# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MIGUEL LORENZO-BAUTISTA,<br><br>*Defendant.* | CRIMINAL ACTION NO.<br>5:22-cr-00033-TES-CHW-1 |

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE

Before the Court is an Unopposed Motion to Continue [Doc. 18], filed by the Government. On June 15, 2022, the Government obtained a one-count indictment charging Defendant with illegal reentry in violation of 8 U.S.C. § 1326(a). [Doc. 1]. Defendant appeared in this District on July 1, 2022. [Doc. 9].

The Government seeks a continuance to permit Defendant the opportunity to receive discovery, review the evidence, to prepare an effective defense, and to more fully prepare for trial with his appointed counsel. Accordingly, the Court **GRANTS** the Government's Unopposed Motion to Continue [Doc. 18], and this case and its pretrial conference are **CONTINUED** to the Court's next regularly scheduled Trial Term— October 11, 2022. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations

required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

    **SO ORDERED**, this 14th day of July, 2022.

                                                        S/ Tilman E. Self, III
                                                        **TILMAN E. SELF, III, JUDGE**
                                                        **UNITED STATES DISTRICT COURT**